IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AKIN O. WILLIAMS
ADC # 108027                                                                                          PLAINTIFF

v.                               Case No. 5:14-cv-233-KGB-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                    DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations from Magistrate Judge Joe J. Volpe (Dkt. No. 11). Though petitioner Akin Williams filed a motion for extension of time to file an objection to the proposed Findings and Recommendations (Dkt. No. 12), which the Court granted (Dkt. No. 13), Mr. Williams filed no objections. After careful review, the Court approves and adopts in their entirety the Proposed Findings and Recommendations as this Court's findings in all respects. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of the denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 14th day of May, 2015.

_____
Kristine G. Baker
United States District Judge