# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**AKIN O. WILLIAMS**
**ADC # 108027**                                                                                       **PLAINTIFF**

v.                            Case No. 5:14-cv-233-KGB-JJV

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                               **DEFENDANT**

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court dismisses with prejudice this case. The court denies a certificate of appealability.

SO ORDERED this 14th day of May, 2015.

_____
Kristine G. Baker
United States District Judge